**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES S. GREEN,**<br>*Plaintiff,*<br><br>**v.**<br><br>**PECO,**<br>*Defendant.* | **Civil No. 25-617** |

# ORDER

**AND NOW**, this 2nd day of October, 2026, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 21), it is hereby **ORDERED** that the motion is **GRANTED** for the reasons stated in the accompanying memorandum. The Clerk of Court is directed to **CLOSE** the case.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge